```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

MARYLAND INSURANCE COMPANY                                    PLAINTIFF

       v.        Civil No. 09-02048

TIME STRIPING, INC. AND
PEPPER SOURCE, LTD.                                          DEFENDANTS

### O R D E R

NOW on this the 15th day of June 2009, comes on for consideration Plaintiff's **Motion to Dismiss with Prejudice** (document #6). The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's complaint is dismissed with prejudice with respect to all claims against Defendants.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**